**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **MARIA ARGUETA DE VALLADARES** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO: 4:23-cv-01514** |
| | § | |
| **PF CASA CRUZ LLC (D/B/A CASA** | § | **Jury Trial Requested** |
| **CRUZ APARTMENTS)** | § | |
| **Defendant.** | § | |

## CERTIFICATE OF INTERESTED PARTIES

Defendant PF CASA CRUZ LLC (D/B/A CASA CRUZ APARTMENTS) and files this certificate listing all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation. Pursuant to the Court's order for conference and disclosure of interested parties, where a group or groups may be specified by a general description, the individuals have not been listed. The interested parties are:

1. Maria Argueta De Valladares, Plaintiff
   c/o Maxwell T. Paderewski
   LONE STAR INJURY ATTORNEYS, PLLC
   9900 Westpark Drive, Suite 200
   Houston, Texas 77063
   713-429-0711
   281-953-1186 fax
   max@lonestarinjuryattorneys.com
   efile@lonestarinjuryattorneys.com
   Attorneys for Paintiff

2. PF CASA CRUZ LLC (D/B/A CASA CRUZ APARTMENTS), Defendant
   c/o Clinton V. Cox
   c/o Armando Chiu
   COX PLLC
   8144 Walnut Hill Lane, Suite 1090
   Dallas, Texas 75231
   214-444-7050
   469-340-1884 [Fax]

ccox@coxpllc.com
achiu@coxpllc.com
Attorneys for Defendant

Respectfully submitted,

**COX PLLC**

By: _____

**CLINTON V. COX, IV**
State Bar No. 24040738
ccox@coxpllc.com
**ARMANDO S. CHIU**
State Bar No. 24006996
achiu@coxpllc.com
8144 Walnut Hill Lane, Suite 1090
Dallas, Texas 75231
214-444-7050
469-340-1884 [Fax]

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

THIS WILL CERTIFY that a true and correct copy of the foregoing instrument has been served on all attorney(s) of record, pursuant to the Federal Rules of Civil Procedure on this the **5**th day of **May, 2023**.

_____
**CLINTON V. COX**
**ARMANDO S. CHIU**